# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

V

D-2   CLIFTON E. TERRY, III,

    Defendant.

CASE NO: 22-cr-20154

JUDGE: F. KAY BEHM

_____

## DEFENDANT'S MOTION TO FILE AN EXPARTE MOTION UNDER SEAL FOR THE APPOINTMENT OF CO-COUNSEL

**NOW COMES** Defendant Clifton E. Terry, III, by and through his counsel, Barry A. Wolf and pursuant to Fed.R.Crim 47 moves this Court to file an ex parte motion under seal for the appointment of co-counsel.

                Respectfully submitted,

Dated: July 7, 2026

/s/  Barry A. Wolf
Barry A. Wolf (P40709)
Attorney for Defendant
503 S. Saginaw Street, Suite 1410
Flint, Michigan  48502
(810)762-1084
bwolf718@msn.com

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,                              CASE NO: 22-cr-20154
                                               JUDGE: F. KAY BEHM

V

D-2    CLIFTON E. TERRY, III,

     Defendant.

_____

## ORDER GRANTING MOTION TO SEAL
## DEFENDANT'S EX PARTE MOTION

Clifton E. Terry, III, having a motion to file an Ex Parte Motion Under Seal for the appointment of co-counsel, and the court being fully informed;

It is **ORDERED** that the Motion to File an Ex Parte Motion Under Seal is **GRANTED.**

It is further **ORDERED** that Defendant's Ex Parte Motion may be filed under seal.

Dated: July 28, 2026                  s/F. Kay Behm
                                      F. Kay Behm
                                      United States District Judge